IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL WILLIAMS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LINODE LIMITED LIABILITY COMPANY,**<br><br>*Defendant.* | Case No. 2:22-cv-01618-JDW |

## CIVIL JUDGMENT

**AND NOW**, this 31st day of January, 2024, in accordance with the Verdict Sheet, it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant Linode LLC and against Plaintiff Carl Williams. The Clerk of Court shall mark this matter closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.