IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL WILLIAMS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LINODE LIMITED LIABILITY COMPANY, et al.,**<br><br>*Defendants.* | **Case No. 2:22-cv-01618-JDW** |

### ORDER

**AND NOW**, this 29th day of March, 2024, upon consideration of Plaintiff Carl Williams's Motion For New Trial (ECF No. 81), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that upon consideration of Defendants Linode LLC's Partial Motion For Reconsideration Of The Court's March 7, 2024 Order (ECF No. 88), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.